FILED

09/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0541

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0541

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BEAU AVIDIYA,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 16, 2024, within which to prepare, file, and serve Appellant's reply brief on appeal.

No further extensions will be granted.

**ORDER**
**PAGE 1**
Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2024